UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKET AMERICAN INSURANCE
COMPANY,                                        No. 10-11667

        Plaintiff,                    District Judge Lawrence P. Zatkoff

v.                                              Magistrate Judge R. Steven Whalen

LORN H. OLSEN, ET AL.,

        Defendants.

_____ /

**ORDER**

      For the reasons and under the terms stated on the record on January 25, 2011, Plaintiff's

Motion for Entry of Judgment or for Other Sanctions Pursuant to Fed.R.Civ.P. 37(b)(2) [Doc.

#17] is DENIED.

      However, treating this motion as one to compel further discovery, Defendants shall

produce to Plaintiff, within 14 days of the date of this Order, all documentation supporting

claimed damages, as requested in Plaintiff's interrogatories #10 and #15. If Defendants are

unable to produce this supporting documentation, they shall so certify, in writing and under oath,

setting forth the efforts taken to obtain the information and the reasons such information cannot

be produced.  Further, if Defendants do not produce this documentation within 14 days of the

date of this Order, they shall be precluded from using any such unproduced documentation in

any future proceeding in this litigation, including dispositive motion practice and trial.

      SO ORDERED.

                        s/R. Steven Whalen
                        R. STEVEN WHALEN
                        UNITED STATES MAGISTRATE JUDGE

Date: January 25, 2011
_____

**CERTIFICATE OF SERVICE**

    I hereby certify on January 25, 2011 that I electronically filed the foregoing paper with the Clerk of the Court
sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was
mailed to the following non-registered ECF participants on January 25, 2011: **None.**

                        s/Michael E. Lang
                        Deputy Clerk to
                        Magistrate Judge R. Steven Whalen
                        (313) 234-5217