UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKEL AMERICAN
INSURANCE COMPANY,

    Plaintiff/Counter-Defendant,

                                              Case No. 10-11667
v.                                        Hon. Lawrence P. Zatkoff

LORN H. OLSEN,

    Defendant/Counter-Plaintiff.
_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on August 13, 2012

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

In this case, Defendant/Counter-Plaintiff Lorn H. Olsen (hereinafter "Olsen") filed a jury demand in conjunction with his counter-complaint. Plaintiff/Counter-Defendant Markel American Insurance Company ("Markel") has filed a Motion to Strike the Demand for Jury Trial (Docket #48). After looking at the issue, Olsen agrees that he is not entitled to a jury with respect to his counter-complaint. Accordingly, the Court hereby GRANTS Markel's Motion to Strike the Demand for Jury Trial and ORDERS that a bench trial shall be conducted with respect to both Markel's claims and Olsen's counter-claims.

IT IS SO ORDERED.

        s/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated:  August 13, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 13, 2012.

        s/Marie E. Verlinde
        Case Manager
        (810) 984-3290